# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2011

141667

ROSEMARY BUTLER, NORA RAYMOND,
and FLORENCE GLOVER,
      Plaintiffs-Appellants,

and

MICHIGAN AFSCME COUNCIL 25, and its
LOCALS 25, 101, 409 and 1659,
      Plaintiffs,

v

WAYNE COUNTY and WAYNE COUNTY
RETIREMENT BOARD,
      Defendants-Appellees.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141667
COA: 290361
Wayne CC: 07-710478-CL

_____/

On order of the Court, the application for leave to appeal the May 27, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and MARILYN KELLY, JJ., would grant leave to appeal.

HATHAWAY, J., states as follows:

I am not participating in this matter because I have a vested financial interest in defendant Wayne County's pension system, which is the subject matter of this litigation. See MCR 2.003(C)(1)(f).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2011

_____
Clerk

p0302